UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 6 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 7:17-cv-00176 |
| ) | |
| VIRGINIA POLYTECHNIC ) | |
| INSTITUTE and ) | |
| STATE UNIVERSITY, *et al*, ) | |
| ) | |
| Defendants. ) | |

### AGREED DISMISSAL ORDER

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Parties, by counsel, advised the Court that they had compromised and settled all issues in dispute and entered into a written Settlement Agreement. The parties represent that the Settlement Agreement is a scholastic record under Virginia Code § 2.2-3700, *et seq.* and an education record under 20 U.S.C. § 1232g, *et seq.*, which representations the Court accepts. The Court shall retain jurisdiction over this matter for purposes of enforcing the terms of the Parties' settlement. On the Parties' joint motion, it is accordingly ADJUDGED and ORDERED that this action be, and the same hereby is, dismissed with prejudice, with each party to pay its costs and attorney fees.

The Clerk of this Court is directed to strike this case from the Court's active docket and send a copy of this Order to counsel of record.

ENTER: This 6 day of June 2017.

/s/ Michael F. Urbanski
United States District Judge

Prepared by:

VIRGINIA POLYTECHNIC INSTITUTE & STATE UNIVERSITY

By    /s/ M. Hudson McClanahan
Kay K. Heidbreder, VSB No. 22288
University Legal Counsel and
Special Assistant Attorney General
M. Hudson McClanahan, VSB No. 46363
Stephen Capaldo, VSB No. 74045
Associate University Legal Counsel and Special Assistant Attorney General
Virginia Polytechnic Institute & State University
236 Burruss Hall
Blacksburg, VA 24061
(540) 231-6293
(540) 231-6474 facsimile
heidbred@vt.edu
hud3@vt.edu
scapaldo@vt.edu
*Counsel for Defendant VPI & SU*


Seen and Agreed to:

JOHN DOE

By    /s/ Jesse R. Binnall
Jesse R. Binnall, VSB No. 79292
Louise Gitcheva, VSB No. 86200
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com
*Counsel for Plaintiff John Doe*